# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EMMETT JUNIOR SIGERS, III,** </br> **# 260909** </br> </br> Plaintiff, </br> </br> vs. </br> </br> **WARDEN BUTLER, et al.,** </br> </br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) CIVIL ACTION 21-543-CG-B </br> ) </br> ) </br> ) </br> ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and entered August 11, 2022 (Doc. 8) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) and this Court's inherent authority for Plaintiff's failure to prosecute and obey the Court's order.

**DONE and ORDERED** this 7th day of September, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE